# United States District Court
## Northern District of Illinois
### Eastern Division

Kimyuna K. Jackson

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 08 C 3190

State Court District 1 et al.

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons stated in the Court's order dated 06/11/08, Plaintiff's application to proceed in forma pauperis [3] is denied on the merits. Plaintiff has failed to state a claim upon which relief may be granted, and we dismiss the instant action.

Michael W. Dobbins, Clerk of Court

Date: 6/12/2008

___Michael Wing_____
/s/ Michael A. Wing, Deputy Clerk